JAMES McCUE, PLAINTIFF-APPELLANT, v. JOHN A. PAULI-
SON ET AL., DEFENDANTS-RESPONDENTS.

Submitted May term, 1925—Decided October 6, 1925.

**Sale of Real Estate—Commissions—No Exceptions to Charge of
Court to Support an Assignment of Error—Verdict Contrary
to Evidence, &c., Proper Reasons to Consider on Rule to
Show Cause Not on Appeal.**

On appeal.

Before Justices PARKER, MINTURN and BLACK.

For the plaintiff-appellant, *Henry T. Kays.*

For the defendants-respondents, *Theodore E. Dennis.*

PER CURIAM.

This suit was brought to recover the sum of $2,500 for
commissions as a real estate broker for selling, as alleged in
the complaint, farm lands. located in the township of Hardys-
ton, Sussex county, New Jersey. The trial resulted in a ver-
dict for the defendants.

The appellant files four grounds of appeal—third, because
the charge of the court was contrary to law under the evidence
submitted. There are no exceptions to the charge to support
this assignment of error. The other three assignments of
error, such as the verdict was contrary to the evidence and
the weight of the evidence, are proper reasons to consider on a
rule to show cause. They cannot be considered on an ap-
peal. The other two grounds involve questions of fact, which
were properly submitted to the jury for determination. Ques-
tions of fact only are involved in this case. The case was
properly submitted to the jury by the trial court.

Finding no error in the record, the judgment is affirmed.